STATE OF NEW JERSEY IN THE INTEREST OF A.B.

March 10, 1987.

Petition for certification granted. (See 214 *N.J.Super.* 558)

STATE OF NEW JERSEY v. LEWIS SMITH.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN RODRIGUEZ.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID FRITZ.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN KITCHEN.

March 10, 1987.

Petition for certification denied.